1028

question; with respect to Question 2, they would dismiss the appeal for want of a properly presented federal question. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 85–1799. TREADWELL FORD, INC. v. CAMPBELL ET AL. Appeal from Sup. Ct. Ala. dismissed for want of substantial federal question. JUSTICE O'CONNOR, JUSTICE SCALIA, and JUSTICE KENNEDY would dismiss the appeal with respect to Question 1 for want of a substantial federal question; with respect to Question 2, they would dismiss the appeal for want of a properly presented federal question. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 86–107. MOBILE DODGE, INC. v. ALFORD. Appeal from Sup. Ct. Ala. dismissed for want of substantial federal question. JUSTICE O'CONNOR, JUSTICE SCALIA, and JUSTICE KENNEDY would dismiss the appeal with respect to Question 1 for want of a substantial federal question; with respect to Question 2, they would dismiss the appeal for want of a properly presented federal question. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 87–294. ALABAMA POWER CO. v. CANTRELL. Appeal from Sup. Ct. Ala. dismissed for want of substantial federal question.

No. 87–1361. DIAMOND ET AL. v. CUOMO, GOVERNOR OF NEW YORK, ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 87–1595. HALLORAN v. NEW YORK. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question.

No. 87–1658. CAGLE v. COLORADO. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.

No. 87–1670. DURJAK v. ILLINOIS. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of jurisdiction. Treating the papers